IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                             ORDER

PATRICK M. DUNNOM             06-100004-X-01

        Defendant.

---

On October 29, 2009, this court held a hearing on the probation's office September 23, 2009 petition for review. Defendant Patrick M. Dunnom was present with his attorney Mark Maciolek. The government was represented by Assistant United States Attorney Paul Connell and Probation Officer Traci Jacobs.

Dunnom stipulated to the alleged violation of special condition no. 2, admitting that he had smoked marijuana. For reasons stated on the record, I imposed a sentence of 30 days' incarceration at an institution to be named by the Bureau of Prisons. Dunnom is to self-report on December 28, 2009. Pending serving his jail term, Dunnom remains on supervision. On December 28, 2009, Dunnom's supervision is revoked and replaced with the 30-day sentence of incarceration.

Entered this 30th day of October, 2009.

BY THE COURT:

STEPHEN L. CROCKER
U.S. Magistrate Judge